Summons In a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 FEB 14 PM 3:31
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: CP   DEPUTY

SOHIL KARIMY,

vs

ASSOCIATED GENERAL CONTRACTORS OF AMERICA-
SAN DIEGO CHAPTER, INC., APPRENTICESHIP &
TRAINING TRUST FUND

**SUMMONS IN A CIVIL ACTION**

Case No. '08 CV 0297 L CAB

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

J. David Sackman
Reich, Adell & Cvitan
3550 Wilshire Blvd., Suite 2000
Los Angeles, CA 90010

An answer to the complaint which is herewith served upon you, within 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

2/14/08
DATE

By  TTMANN , Deputy Clerk

Summons in a Civil Action

AO-440S