1  David P. Wolds (Bar No. 96686)
   Laura B. Riesenberg (Bar No. 185830)
2  Farzeen Essa (Bar No. 246971)
   PROCOPIO, CORY, HARGREAVES &
3     SAVITCH LLP
   530 B Street, Suite 2100
4  San Diego, California 92101
   Telephone: 619.238.1900
5  Facsimile: 619.235.0398

6  Attorneys for Defendant,
   ASSOCIATED GENERAL CONTRACTORS OF
7  AMERICA, SAN DIEGO CHAPTER, INC.
   APPRENTICESHIP & TRAINING TRUST FUND
8

9                   UNITED STATES DISTRICT COURT

10                 SOUTHERN DISTRICT OF CALIFORNIA

11 | SOHIL KARIMY,                          | Case No.: 08 CV 0297 L (CAB)
12 |          Plaintiff,                    | **JOINT MOTION TO EXTEND THE TIME TO RESPOND TO THE COMPLAINT**
13 | v.                                     |
14 | ASSOCIATED GENERAL CONTRACTORS OF      | Judge M. James Lorenz
   | AMERICA – SAN DIEGO CHAPTER, INC.,     |
15 | APPRENTICESHIP & TRAINING TRUST FUND,  |
16 |          Defendants.                   |

17
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

JOINT MOTION TO EXTEND THE TIME TO RESPOND TO THE COMPLAINT
Case No. 08 CV 0297 L (CAB)

112893/000001/864703.01

1  Defendant ASSOCIATED GENERAL CONTRACTORS OF AMERICA, SAN DIEGO
2  CHAPTER, INC. APPRENTICESHIP & TRAINING TRUST FUND ("Defendant" or "Trust")
3  and Plaintiff SOHIL KARIMY ("Plaintiff") hereby jointly move that the time for Defendant to
4  respond to the Complaint shall be extended from March 17, 2008, to and including March 24,
5  2008.

6  Good cause exists for this extension because no previous requests for an extension of time
7  have been filed, and the granting of this request will not unduly delay the litigation. This motion
8  is brought in good faith and by agreement of the parties, and is not for any improper purpose.

9  DATED: March 17, 2008                REICH, ADELL & CVITAN, APC

11                                      By:  s/ J. David Sackman
                                             Alexander B. Cvitan
12                                           J. David Sackman
                                             Steven T. Nutter
13                                           Attorneys for Plaintiff,
                                             SOHIL KARIMY
14                                           E-Mail: jds@rac-law.com

15  DATED: March 17, 2008                PROCOPIO, CORY, HARGREAVES &
                                         SAVITCH LLP
16

18                                      By:  s/ Laura B. Riesenberg
                                             David P. Wolds
19                                           Laura B. Riesenberg
                                             Farzeen Essa
20                                           Attorneys for Defendants, ASSOCIATED
                                             GENERAL CONTRACTORS OF
21                                           AMERICA – SAN DIEGO CHAPTER,
                                             INC.; and APPRENTICESHIP &
                                             TRAINING TRUST FUND
22                                           E-Mail: dpw@procopio.com
                                                     lbr@procopio.com
23                                                   fe@procopio.com

## CERTIFICATE OF SERVICE BY ELECTRONIC FILING

I am familiar with the United States District Court, Southern District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF users were served:

Attorneys for Plaintiff Sohil Karimy
Alexander B. Cvitan
J. David Sackman
Steven T. Nutter
Reich, Adell & Cvitan
A Professional Law Corporation
3550 Wilshire Boulevard, Suite 2000
Los Angeles, CA 90010-2421
Phone: (213) 386-3860/Fax: (213) 386-5583
jds@rac-law.com

DATED: March 17, 2008                    _____s/ *Alice L. Ross*_____