David P. Wolds (Bar No. 96686)
Laura B. Riesenberg (Bar No. 185830)
Farzeen Essa (Bar No. 246971)
PROCOPIO, CORY, HARGREAVES &
   SAVITCH LLP
530 B Street, Suite 2100
San Diego, California 92101
Telephone: 619.238.1900
Facsimile: 619.235.0398

Attorneys for Defendants,
ASSOCIATED GENERAL CONTRACTORS OF
AMERICA – SAN DIEGO CHAPTER, INC.,
APPRENTICESHIP & TRAINING TRUST FUND

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOHIL KARIMY,<br><br>    Plaintiff,<br><br>v.<br><br>ASSOCIATED GENERAL CONTRACTORS OF<br>AMERICA – SAN DIEGO CHAPTER, INC.,<br>APPRENTICESHIP & TRAINING TRUST FUND,<br><br>    Defendants. | Case No.: 08 CV 0297 L (CAB)<br><br>DEFENDANT'S CORPORATE DISCLOSURE STATEMENT AND NOTICE OF PARTY WITH FINANCIAL INTEREST<br>[Fed.R.Civ.P. 7(a); CivLR 40.2]<br><br>Judge M. James Lorenz |

In accordance with Federal Rules of Civil Procedure 7.1(a) and Local Rule 40.2, Defendant Associated General Contractors of America – San Diego Chapter, Inc., Apprenticeship & Training Fund ("Defendant") represents and certifies that there are no parent corporations of Defendant and no publicly held corporation that owns ten percent (10%) or more of its stock.

To enable the Court to evaluate possible disqualification or recusal, the undersigned, counsel of record for Defendant, hereby represents and certifies that the following named entities may have a direct, pecuniary interest in the outcome of this case:

   1.   Defendant Associated General Contractors of America – San Diego Chapter, Inc., Apprenticeship & Training Trust Fund;

///

///

---

112893/000001/864319.01

DEFENDANT'S DISCLOSURE STATEMENT AND NOTICE OF
PARTY WITH FINANCIAL INTEREST - Case No. 08 CV 0297 L (CAB)

2. RSUI Indemnity Company, insurer of Defendant, Associated General Contractors of America – San Diego Chapter, Inc., Apprenticeship & Training Trust Fund.

DATED: March 17, 2008

PROCOPIO, CORY, HARGREAVES & SAVITCH LLP

By: s/ Laura B. Riesenberg
David P. Wolds
Laura B. Riesenberg
Farzeen Essa
Attorneys for Defendants, ASSOCIATED GENERAL CONTRACTORS OF AMERICA – SAN DIEGO CHAPTER, INC., APPRENTICESHIP & TRAINING TRUST FUND
E-Mail: dpw@procopio.com
lbr@procopio.com
fe@procopio.com

CERTIFICATE OF SERVICE BY ELECTRONIC FILING

    I am familiar with the United States District Court, Southern District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF users were served:

Attorneys for Plaintiff Sohil Karimy
Alexander B. Cvitan
J. David Sackman
Steven T. Nutter
Reich, Adell & Cvitan
A Professional Law Corporation
3550 Wilshire Boulevard, Suite 2000
Los Angeles, CA 90010-2421
Phone: (213) 386-3860/Fax: (213) 386-5583
jds@rac-law.com

DATED: March 17, 2008                                        s/ *Alice L. Ross*
_____