UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOHIL KARIMY,<br><br>    Plaintiff,<br><br>v.<br><br>ASSOCIATED GENERAL CONTRACTORS OF AMERICA – SAN DIEGO CHAPTER, INC., APPRENTICESHIP & TRAINING TRUST FUND,<br><br>    Defendant. | Case No.: 08 CV 0297 L (CAB)<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND THE TIME TO RESPOND TO THE COMPLAINT**<br><br>Judge M. James Lorenz |

    Based on the Joint Motion of the parties and for good cause having been shown, IT IS ORDERED that Defendant's responsive pleading to Plaintiff's Complaint shall be filed no later than March 24, 2008.

    **IT IS SO ORDERED**.

Dated: March 18, 2008

                                    M. James Lorenz, Judge
                                    United States District Court