

**FILED**

**3/24/2008**

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                    DEPUTY

**Karimy**                                                **08cv297-L (CAB)**

**-v-**

**Associated General Contractors of America, etc.**

# STRICKEN DOCUMENT

**7-Motion to Dismiss**

**7**