

**Karimy**  08cv297-L (CAB)

**-v-**

**Associated General Contractors of America, etc.**

# STRICKEN DOCUMENT

**8-Memorandum of Points and Authorities**

**8**