

```
FILED
3/24/2008
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY
```

**Karimy**                                                                 **08cv297-L (CAB)**

**-v-**

**Associated General Contractors of America, etc.**

# STRICKEN DOCUMENT

**9-Declaration of Wolds**

**9**