

**Karimy**                                                              **08cv297-L (CAB)**

**-v-**

**Associated General Contractors of America, etc.**

# STRICKEN DOCUMENT

**10-Declaration of Saucedo**

**10**