David P. Wolds (Bar No. 96686)
Laura B. Riesenberg (Bar No. 185830)
Farzeen Essa (Bar No. 246971)
PROCOPIO, CORY, HARGREAVES &
  SAVITCH LLP
530 B Street, Suite 2100
San Diego, California  92101
Telephone: 619.238.1900
Facsimile: 619.235.0398

Attorneys for Defendant,
ASSOCIATED GENERAL CONTRACTORS
OF AMERICA, SAN DIEGO CHAPTER, INC.
APPRENTICESHIP & TRAINING TRUST
FUND

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOHIL KARIMY,<br><br>   Plaintiff,<br><br>v.<br><br>ASSOCIATED GENERAL CONTRACTORS OF AMERICA – SAN DIEGO CHAPTER, INC., APPRENTICESHIP & TRAINING TRUST FUND,<br><br>   Defendant. | Case No. 08 CV 0297 MJL (CAB)<br><br>DEFENDANT ASSOCIATED GENERAL CONTRACTORS OF AMERICA, SAN DIEGO CHAPTER, INC. APPRENTICESHIP & TRAINING TRUST FUND'S NOTICE OF MOTION AND MOTION TO DISMISS WITH PREJUDICE<br>[FED.R.CIV.P. §12(b)(1)]<br><br>Judge M. James Lorenz<br><br>Date: June 23, 2008<br>Time: 10:30 a.m.<br>Ctrm: 14 |

**TO PLAINTIFF AND TO HIS ATTORNEY OF RECORD:**

  PLEASE TAKE NOTICE that on June 23, 2008, at 10:30 a.m., or as soon thereafter as the matter may be heard, in the courtroom of the Honorable M. James Lorenz, or such other location as may be ordered by the Court, Defendant ASSOCIATED GENERAL CONTRACTORS OF AMERICA, SAN DIEGO CHAPTER, INC. APPRENTICESHIP & TRAINING TRUST FUND ("Defendant" or "Trust Fund") will move this Court for an order dismissing the above-captioned action with prejudice on the grounds that this Court lacks subject matter jurisdiction over the present action pursuant to Federal Rules of Civil

DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS
FOR LACK OF SUBJECT MATTER JURISDICTION
Case No. 08 CV 0297 MJL (CAB)

112893.000001/864638.01

1  Procedure 12(b)(1).

2      Defendant brings this Motion against all claims asserted by Plaintiff against it, on the
3  ground that Plaintiff and Defendant contracted to resolve the disputes set forth in the present
4  action through binding arbitration.  Alternatively, Trust Fund brings this motion to dismiss as
5  a "non-enumerated" Rule 12(b) motion to dismiss for failure to exhaust non-judicial
6  remedies.  This action is subject to the Federal Arbitration Act, 9 U.S.C. §§ 1-16 ("FAA").

7      Defendant's Motion is based on this Notice of Motion; the accompanying
8  Memorandum of Points and Authorities; the Declaration of David P. Wolds; the Declaration
9  of Pete Saucedo in Support of Motion; all other pleadings filed concurrently herewith; as well
10  as the records and files herein and on such evidence as may be presented at the hearing on
11  this Motion.

12      Respectfully Submitted,

13  DATED:  March 28, 2008    PROCOPIO, CORY, HARGREAVES &
14      SAVITCH LLP

16  By:  s/ Laura B. Riesenberg
    David P. Wolds
17      Laura B. Riesenberg
    Farzeen Essa
18      Attorneys for Defendants, ASSOCIATED
    GENERAL CONTRACTORS OF
19      AMERICA – SAN DIEGO CHAPTER, INC.
    AND APPRENTICESHIP & TRAINING
    TRUST FUND
20      E-Mail: dpw@procopio.com
21      lbr@procopio.com
    fe@procopio.com

2
DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS
FOR LACK OF SUBJECT MATTER JURISDICTION
Case No. 08 CV 0297 MJL (CAB)

112893.000001/864638.01