David P. Wolds (Bar No. 96686)
Laura B. Riesenberg (Bar No. 185830)
Farzeen Essa (Bar No. 246971)
PROCOPIO, CORY, HARGREAVES &
 SAVITCH LLP
530 B Street, Suite 2100
San Diego, California 92101
Telephone: 619.238.1900
Facsimile: 619.235.0398

Attorneys for Defendant,
ASSOCIATED GENERAL CONTRACTORS
OF AMERICA, SAN DIEGO CHAPTER, INC.
APPRENTICESHIP & TRAINING TRUST
FUND

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOHIL KARIMY,<br><br>Plaintiff,<br><br>v.<br><br>ASSOCIATED GENERAL CONTRACTORS OF AMERICA – SAN DIEGO CHAPTER, INC., APPRENTICESHIP & TRAINING TRUST FUND,<br><br>Defendant. | Case No. 08 CV 0297 MJL (CAB)<br><br>CERTIFICATE OF SERVICE<br><br>Judge M. James Lorenz<br><br>Ctrm:      14 |

    I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is PROCOPIO, CORY, HARGREAVES & SAVITCH LLP, 530 "B" Street, Suite 2100, San Diego, California 92101. On March 28, 2008, I served the within documents:

    1.    DEFENDANT ASSOCIATED GENERAL CONTRACTORS OF AMERICA, SAN DIEGO CHAPTER, INC. APPRENTICESHIP & TRAINING TRUST FUND'S NOTICE OF MOTION AND MOTION TO DISMISS WITH PREJUDICE [FED.R.CIV.P. §12(B)(1)];

    2.    MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT ASSOCIATED GENERAL CONTRACTORS OF AMERICA, SAN DIEGO CHAPTER, INC. APPRENTICESHIP AND TRAINING TRUST FUND'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION [FED.R.CIV.P. §12(B)(1)];

    3.    DECLARATION OF DAVID P. WOLDS;

    4.    DECLARATION OF PETE SAUCEDO IN SUPPORT OF DEFENDANT ASSOCIATED GENERAL CONTRACTORS OF AMERICA, SAN DIEGO CHAPTER, INC. APPRENTICESHIP & TRAINING TRUST FUND'S MOTION TO DISMISS WITH PREJUDICE [FED.R.CIV.P. §12(B)(1)]

| | | |
|---|---|---|
|1| [ ] |by transmitting via facsimile number (619) 235-0398 the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. A copy of the transmission confirmation report is attached hereto.|
|3| [ ] |by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Diego, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.|
|8| [ ] |by placing the document(s) listed above in a sealed overnight envelope and depositing it for overnight delivery at San Diego, California, addressed as set forth below. I am readily familiar with the practice of this firm for collection and processing of correspondence for processing by overnight mail. Pursuant to this practice, correspondence would be deposited in the overnight box located at 530 "B" Street, San Diego, California 92101 in the ordinary course of business on the date of this declaration.|
|12| [ ] |by causing personal delivery via Knox Attorney Service, Inc., c/o their affiliate, of the documents listed above to the person at the address set forth below.|
|13| [X] |by the Court's Electronic Filing System pursuant to U.S. District Court, Southern District, Local Civil Rule 5.4(c)|

Attorneys for Plaintiff Sohil Karimy
Alexander B. Cvitan
J. David Sackman
Steven T. Nutter
Reich, Adell & Cvitan
A Professional Law Corporation
3550 Wilshire Boulevard, Suite 2000
Los Angeles, CA 90010-2421
Phone: (213) 386-3860/Fax: (213) 386-5583
jds@rac-law.com

[X]   (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[ ]   (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 28, 2008, at San Diego, California.

Christine A. Waltman

---

2

PROOF OF SERVICE
Case No. 08 CV 0297 MJL (CAB)

112893.000001/901510.01