```
 1  ALEXANDER B. CVITAN (CSB 81746),
    J. DAVID SACKMAN (CSB 106703),
 2  STEVEN T. NUTTER (CSB 67008), and
    NATALIA BAUTISTA (CSB 245669), Members of
 3  REICH, ADELL & CVITAN
    A Professional Law Corporation
 4  3550 Wilshire Boulevard, Suite 2000
    Los Angeles, California 90010-2421
 5  Telephone: (213) 386-3860
    Facsimile: (213) 386-5583
 6  email: alc@rac-law.com; jds@rac-law.com; nataliab@rac-law.com

 7  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOHIL KARIMY,<br><br>    Plaintiff,<br><br>vs.<br><br>ASSOCIATED GENERAL CONTRACTORS OF AMERICA – SAN DIEGO CHAPTER, INC., APPRENTICESHIP & TRAINING TRUST FUND,<br><br>    Defendants. | NO. 08-CV-00297-L-CAB<br><br>CERTIFICATE OF SERVICE<br><br>Judge M. James Lorenz<br><br>Ctrm: 14 (Fifth Floor) |

    I am employed by Reich, Adell & Cvitan (the firm) in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is 3550 Wilshire Boulevard, Suite 2000, Los Angeles, CA 90010.

    On June 9, 2008, I served the within documents:

    1.    PLAINTIFF SOHIL KARIMY'S OPPOSITION TO DEFENDANT ASSOCIATED GENERAL CONTRACTORS OF AMERICA, SAN DIEGO CHAPTER, INC. APPRENTICESHIP & TRAINING TRUST FUND'S MOTION TO DISMISS WITH PREJUDICE;

    2.    DECLARATION OF ALEXANDER B. CVITAN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS WITH PREJUDICE; and

158665.1

3.  DECLARATION OF SOHIL KARIMY IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS WITH PREJUDICE

[ ]  (Via U.S. Mail) As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]  (Via Facsimile) I transmitted said document(s) from the facsimile machine of Reich, Adell, Crost & Cvitan to the above facsimile number. The transmission by facsimile was reported as complete and without error.

[X]  (Via Court's Electronic Filing System) Documents transmitted by the Court's E-filing System pursuant to U.S. District Court Southern District, Local Civil Rule 5.4(c)(s).

**David P. Wolds, Esq.**
**Procopio, Cory, Hargreaves & Savitch, LLP**
**530 B. Street, Suite 2100**
**San Diego, CA  92101-4469**

[ ]  (State Court) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]  (Federal Court) I declare that I am employed in the office of a member of the bar of this court at whose direction this service was made.

Executed on June 9, 2008, at Los Angeles, California.

*Maryann Chua* (signature)
Maryann Chua

158665.1