1  David P. Wolds (Bar No. 96686)
   Laura B. Riesenberg (Bar No. 185830)
2  PROCOPIO, CORY, HARGREAVES &
       SAVITCH LLP
3  530 B Street, Suite 2100
   San Diego, California  92101
4  Telephone: 619.238.1900
   Facsimile: 619.235.0398
5
   Attorneys for Defendant,
6  ASSOCIATED GENERAL CONTRACTORS
   OF AMERICA, SAN DIEGO CHAPTER, INC.
7  APPRENTICESHIP & TRAINING TRUST
   FUND
8

9                         UNITED STATES DISTRICT COURT

10                        SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 11  SOHIL KARIMY, | Case No. 08 CV 0297 MJL (CAB) |
| 12         Plaintiff, | PROOF OF SERVICE |
| 13  v. | Judge M. James Lorenz |
| 14  ASSOCIATED GENERAL CONTRACTORS OF AMERICA – SAN DIEGO CHAPTER, INC., | Date:   June 23, 2008 |
| 15  APPRENTICESHIP & TRAINING TRUST FUND, | Time:   10:30 a.m. |
| | Ctrm:   14 |
| 16         Defendant. | |

17

18      I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is PROCOPIO, CORY, HARGREAVES & SAVITCH LLP, 530 "B" Street, Suite 2100, San Diego, California 92101.  On June 16, 2008, I
19  served the within documents:

20      **1.   DEFENDANT ASSOCIATED GENERAL CONTRACTORS OF AMERICA,
         SAN DIEGO CHAPTER, INC. APPRENTICESHIP & TRAINING TRUST
21       FUND'S REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN
         SUPPORT OF DEFENDANT'S MOTION TO DISMISS FOR LACK OF
22       SUBJECT MATTER JURISDICTION;**

23      **2.   DEFENDANT ASSOCIATED GENERAL CONTRACTORS OF AMERICA,
         SAN DIEGO CHAPTER, INC. APPRENTICESHIP & TRAINING TRUST
24       FUND'S EVIDENTIARY OBJECTIONS TO EVIDENCE IN SUPPORT OF
         PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS;**

25      **3.   SUPPLEMENTAL DECLARATION OF PETE SAUCEDO IN SUPPORT OF
26       DEFENDANT ASSOCIATED GENERAL CONTRACTORS OF AMERICA,
         SAN DIEGO CHAPTER, INC. APPRENTICESHIP & TRAINING TRUST
27       FUND'S MOTION TO DISMISS WITH PREJUDICE [FED.R.CIV.P.
         §12(B)(1)].**

28

☐ by transmitting via facsimile number (619) 235-0398 the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. A copy of the transmission confirmation report is attached hereto.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Diego, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

☐ by placing the document(s) listed above in a sealed overnight envelope and depositing it for overnight delivery at San Diego, California, addressed as set forth below. I am readily familiar with the practice of this firm for collection and processing of correspondence for processing by overnight mail. Pursuant to this practice, correspondence would be deposited in the overnight box located at 530 "B" Street, San Diego, California 92101 in the ordinary course of business on the date of this declaration.

☐ by causing personal delivery via Knox Attorney Service, Inc., c/o their affiliate, of the documents listed above to the person at the address set forth below.

☒ by the Court's Electronic Filing System pursuant to U.S. District Court, Southern District, Local Civil Rule 5.4(c)

Alexander B. Cvitan   Attorneys for Plaintiff Sohil Karimy
J. David Sackman
Steven T. Nutter   (213) 386-3860/Fax: (213) 386-5583
Reich, Adell & Cvitan
A Professional Law Corporation
3550 Wilshire Boulevard, Suite 2000
Los Angeles, CA 90010-2421
jds@rac-law.com

☐ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 16, 2008, at San Diego, California.

*Alice L. Ross* (signature)
Alice L. Ross