UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOHIL KARIMY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ASSOCIATED GENERAL ) <br> CONTRACTORS OF AMERICA – SAN ) <br> DIEGO CHAPTER, INC., ) <br> APPRENTICESHIP & TRAINING ) <br> TRUST FUND, ) <br> ) <br> Defendant. ) <br> _____ ) | Civil No. 08-CV-297-L(CAB) <br><br> **ORDER RE: ORAL ARGUMENT** |

Currently scheduled on this court's calendar for June 23, 2008 is Defendant's motion to dismiss. The court finds the motion suitable for determination on the papers and without oral argument in accordance with Civil Local Rule 7.1(d)(1). Accordingly, no appearances are required on June 23, 2008 and the motion will be deemed submitted as of that date.

**IT IS SO ORDERED.**

DATED: June 17, 2008

M. James Lorenz
United States District Court Judge

COPY TO:

HON. CATHY ANN BENCIVENGO
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL

08cv297