1  ALEXANDER B. CVITAN (CSB 81746),
   J. DAVID SACKMAN (CSB 106703),
2  STEVEN T. NUTTER (CSB 67008), and
   NATALIA BAUTISTA (CSB 245669), Members of
3  REICH, ADELL & CVITAN
   A Professional Law Corporation
4  3550 Wilshire Boulevard, Suite 2000
   Los Angeles, California 90010-2421
5  Telephone: (213) 386-3860
   Facsimile: (213) 386-5583
6  email: alc@rac-law.com; jds@rac-law.com; nataliab@rac-law.com

7  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOHIL KARIMY, | NO. 08-CV-00297-L-CAB |
| Plaintiff, | |
| vs. | PLAINTIFF'S NOTICE OF CHANGE OF ATTORNEY INFORMATION |
| ASSOCIATED GENERAL CONTRACTORS OF AMERICA – SAN DIEGO CHAPTER, INC., APPRENTICESHIP & TRAINING TRUST FUND, | |
| Defendants. | |

   I, Alexander B. Cvitan, am counsel of record for Plaintiff Sohil Karimy in the above entitled action and am requesting the following changes:

   To be added to the email service list on the above entitled action. My email address is alc@rac-law.com.  I consent to receive service of documents by electronic means in accordance with Fed. R. Civ. P. 5(b)(2)(E) and 77 (d), and Fed. R. Crim. P.

159064.1

49(b)-(d).

           Respectfully Submitted,

Dated: June 19, 2008      ALEXANDER B. CVITAN,
J. DAVID SACKMAN,
STEVEN T. NUTTER, and
NATALIA BAUTISTA, Members of
REICH, ADELL & CVITAN
A Professional Law Corporation


           s/ Alexander B. Cvitan
Attorney for Plaintiff Sohil Karimy
E-mail: alc@rac-law.com