```
 1  ALEXANDER B. CVITAN (CSB 81746),
    J. DAVID SACKMAN (CSB 106703),
 2  STEVEN T. NUTTER (CSB 67008), and
    NATALIA BAUTISTA (CSB 245669), Members of
 3  REICH, ADELL & CVITAN
    A Professional Law Corporation
 4  3550 Wilshire Boulevard, Suite 2000
    Los Angeles, California 90010-2421
 5  Telephone: (213) 386-3860
    Facsimile: (213) 386-5583
 6  email: alc@rac-law.com; jds@rac-law.com; nataliab@rac-law.com

 7  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOHIL KARIMY,<br><br>            Plaintiff,<br><br>      vs.<br><br>ASSOCIATED GENERAL CONTRACTORS OF AMERICA – SAN DIEGO CHAPTER, INC., APPRENTICESHIP & TRAINING TRUST FUND,<br><br>            Defendants. | NO.  08-CV-00297-L-CAB<br><br>PLAINTIFF'S NOTICE OF APPEARANCE AND CHANGE OF ATTORNEY INFORMATION |

   I, Natalia Bautista, State Bar Number 245669, am requesting to be added as counsel of record for Plaintiff, Sohil Karimy, in the above entitled action.  This constitutes my Notice of Appearance to appear as counsel of record for the party listed above in the above-entitled action.

   I also request to be added to the email service list on the above entitled action. My email address is nataliab@rac-law.com. I consent to receive service of documents by electronic means in accordance with Fed. R. Civ. P. 5(b)(2)(E) and 77

159067.1

1  (d), and Fed. R. Crim. P. 49(b)-(d).

                                                    Respectfully Submitted,

Dated:  June 19, 2008            ALEXANDER B. CVITAN,
                                                      J. DAVID SACKMAN,
                                                      STEVEN T. NUTTER, and
                                                      NATALIA BAUTISTA, Members of
                                                      REICH, ADELL & CVITAN
                                                      A Professional Law Corporation

                                                      s/ Natalia Bautista
                                                      Attorney for Plaintiff Sohil Karimy
                                                      E-mail: nataliab@rac-law.com