1  ALEXANDER B. CVITAN (CSB 81746),
   J. DAVID SACKMAN (CSB 106703),
2  STEVEN T. NUTTER (CSB 67008), and
   NATALIA BAUTISTA (CSB 245669), Members of
3  REICH, ADELL & CVITAN
   A Professional Law Corporation
4  3550 Wilshire Boulevard, Suite 2000
   Los Angeles, California 90010-2421
5  Telephone: (213) 386-3860
   Facsimile: (213) 386-5583
6  email: alc@rac-law.com; jds@rac-law.com; nataliab@rac-law.com

7  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOHIL KARIMY,<br><br>    Plaintiff,<br><br>vs.<br><br>ASSOCIATED GENERAL CONTRACTORS OF AMERICA – SAN DIEGO CHAPTER, INC., APPRENTICESHIP & TRAINING TRUST FUND,<br><br>    Defendants. | NO. 08-CV-00297-L-CAB<br><br>PLAINTIFF'S NOTICE OF APPEARANCE AND CHANGE OF ATTORNEY INFORMATION |

I, Alexander B. Cvitan, am counsel of record for Plaintiff Sohil Karimy in the above entitled action and am requesting the following changes:

To be added to the email service list on the above entitled action. My email address is alc@rac-law.com.  I consent to receive service of documents by electronic means in accordance with Fed. R. Civ. P. 5(b)(2)(E) and 77 (d), and Fed. R. Crim. P.

159064.1

1  49(b)-(d).

2  This constitutes my Notice of Appearance to appear as counsel of record for
3  the party listed above in the above-entitled action.

                                            Respectfully Submitted,

Dated:  June 19, 2008          ALEXANDER B. CVITAN,
                                            J. DAVID SACKMAN,
                                            STEVEN T. NUTTER, and
                                            NATALIA BAUTISTA, Members of
                                            REICH, ADELL & CVITAN
                                            A Professional Law Corporation

                                            s/ Alexander B. Cvitan
                                            Attorney for Plaintiff Sohil Karimy
                                            E-mail: alc@rac-law.com