ALEXANDER B. CVITAN (CSB 81746),
J. DAVID SACKMAN (CSB 106703),
STEVEN T. NUTTER (CSB 67008), and
NATALIA BAUTISTA (CSB 245669), Members of
REICH, ADELL & CVITAN
A Professional Law Corporation
3550 Wilshire Boulevard, Suite 2000
Los Angeles, California 90010-2421
Telephone: (213) 386-3860
Facsimile: (213) 386-5583
email: alc@rac-law.com; jds@rac-law.com; nataliab@rac-law.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOHIL KARIMY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ASSOCIATED GENERAL CONTRACTORS OF AMERICA – SAN DIEGO CHAPTER, INC., APPRENTICESHIP & TRAINING TRUST FUND,<br><br>　　　　Defendants. | NO. 08-CV-00297-L-CAB<br><br>CERTIFICATE OF SERVICE<br><br>Judge M. James Lorenz<br><br>Ctrm: 14 (Fifth Floor) |

　　　I am employed by Reich, Adell & Cvitan (the firm) in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is 3550 Wilshire Boulevard, Suite 2000, Los Angeles, CA 90010.

　　　On June 19, 2008, I served the within documents:

　　　1.　Plaintiff's Notice of Change of Attorney (Alexander B. Cvitan) Information;

　　　2.　Plaintiff's Notice of Appearance and Change of Attorney (Alexander B. Cvitan) Information; and

　　　3.　Plaintiff's Notice of Appearance and Change of Attorney (Natalia

158665.2

Bautista) Information.

[ ]  (Via U.S. Mail) As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]  (Via Facsimile) I transmitted said document(s) from the facsimile machine of Reich, Adell, Crost & Cvitan to the above facsimile number. The transmission by facsimile was reported as complete and without error.

[X]  (Via Court's Electronic Filing System) Documents transmitted by the Court's E-filing System pursuant to U.S. District Court Southern District, Local Civil Rule 5.4(c)(s).

**David P. Wolds, Esq.**
**Procopio, Cory, Hargreaves & Savitch, LLP**
**530 B. Street, Suite 2100**
**San Diego, CA  92101-4469**

[ ]  (State Court) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]  (Federal Court) I declare that I am employed in the office of a member of the bar of this court at whose direction this service was made.

Executed on June 19, 2008, at Los Angeles, California.

_____
Maryann Chua

158665.2